# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: _____
```

August 20, 2021

<u>via ECF</u>
Hon. Nelson S. Román
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

        **Re:  Clarke v. Westchester County, et al., 21-cv-1877 (NSR)**

Dear Judge Román:

We represent plaintiff Henderson Clarke in the above-captioned matter. I write to request an adjournment of two weeks to the motion schedule on the defendants' pending partial motion to dismiss; this is plaintiff's first request for an adjournment. Should the Court grant this request, plaintiff's opposition would be due September 14, 2021, and defendants' reply would be due September 28, 2021. Defendants consent to this request. Thank you in advance for your consideration.

Very truly yours,

*/s/ Karen*

Karen A. Newirth

cc:    Loren Zeitler, Esq. (via e-mail)
         Steven Bushnell, Esq. (via e-mail)

Plaintiff's first request for a two-week extension of its time to serve opposition papers, to which Defendants consent, is GRANTED. Opposition papers shall be served September 14, 2021, and reply papers shall be served September 28, 2021. All motion papers shall be filed on the reply date, September 28, 2021.

Dated: August 23, 2021
       White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE