

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**MEMO ENDORSED**

August 5, 2024

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Status Teleconf is GRANTED. The Status Teleconf. is adjourned from Feb. 11, 2024 to Apr. 18, 2025 at 10:00 am. The parties are directed to this Court's Order at ECF No. 72 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 78.**
**Dated: September 9, 2024**
**White Plains, NY**

*VIA ECF*
The Honorable Nelson S. Roman
Southern District of New York
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**SO ORDERED:**

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   **Henderson Clarke v. City of Mount Vernon, et al.**
      **Docket No: 21-cv-1877 (NSR)(JCM)**

Dear Judge Roman:

As the Court is aware, The Quinn Law Firm, PLLC represents the City Defendants and Loevy & Loevy and the Law Office Of Jarrett Adams, PLLC represent Plaintiff in the above-referenced matter.

The parties jointly write to respectfully request that the Court adjourn the post-discovery Case Management Conference scheduled for February 11, 2025, to a date after the close of discovery.

The reason for this request is that on August 2, 2024, the discovery deadlines in this case were extended, upon the parties' application, by Magistrate Judge McCarthy. The current date for the completion of discovery is now March 14, 2025. (D.E.'s 76, 77). This is the first request for an adjournment of the Case Management Conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*Steven Bushnell*                          *Heather Lewis Donnell*
_____                    _____
Steven J. Bushnell, Esq.                   Heather Lewis Donnell, Esq.
The Quinn Law Firm PLLC                    Loevy & Loevy

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/09/2024
```